UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. COOPER, | No. 2:13-cv-01233 DAD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is an inmate at the Solano County Jail and is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). (See ECF No. 5.) By order filed March 20, 2014, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within thirty days. At that time plaintiff was warned that his failure to file an amended complaint within the specified time would result in the dismissal of this action without prejudice. The thirty day period has since passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to his failure to prosecute.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  April 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coop1233.fta